Dismissed and Memorandum Opinion filed November 19,
2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00823-CR

____________

 

ROMONA
FAYE GEORGE, Appellant

 

V.

 

THE
STATE OF TEXAS, Appellee

 



On Appeal from the 230th District Court

Harris
County, Texas

Trial Court Cause
No. 1202159



 

M E M O R A N D U M   O P I N I O N

A written request to withdraw the notice of appeal,
personally signed by appellant, has been filed with this court. See Tex.
R. App. P. 42.2. Because this court has not issued an opinion, we grant
appellant=s request.

Accordingly, we order the appeal dismissed. We direct the
Clerk of the court to issue the mandate of the court immediately.

PER CURIAM

Panel
consists of Chief Justice Hedges and Justices Seymore and Sullivan.

Do not
publish C Tex. R. App. P. 47.2(b).